**Order entered May 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00483-CV

### IN THE INTEREST OF A.Y.B. AND E. B., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30190-2016**

## ORDER

Before the Court is court reporter Sheri J. Vecera's second request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than May 29, 2018.  Because this is an accelerated appeal in a parental termination case, the trial court shall arrange for a substitute reporter if necessary to ensure the record is filed by the deadline.  *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Angela Tucker, Presiding Judge of the 199th Judicial District Court; Ms. Vecera; and, the parties.

/s/     DAVID EVANS
         JUSTICE